Order issued November 28, 2012



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-11-00451-CV

**JULIAN AYMETT, Appellant**

**V.**

**CITIBANK (SOUTH DAKOTA) NA, Appellee**

## ORDER

Appellant has filed an unopposed motion to reset oral argument in the above case. Oral argument is currently scheduled for January 16, 2013, at 10 a.m. The motion is **GRANTED**. The case will be reset in due course on the Court's docket.

_____

LANA MYERS

PRESIDING JUSTICE